# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1)   BOBBY T. BRYANT,<br><br>          Plaintiff,<br><br>v.<br><br>1)   THE STANDARD FIRE INSURANCE<br>       COMPANY,<br><br>          Defendant. | Case No. 13-CV-225-JHP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, Bobby T. Bryant and The Standard Fire Insurance Company, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) jointly stipulate that this case is dismissed with prejudice.

*s/ Tod S. Mercer*
Tod S. Mercer, OBA #14157
Email: tod@todmercerlaw.com
Wesley J. Cherry, OBA #22851
Email: wes@todmercerlaw.com
The Mercer Law Firm, P.C.
500 Choctaw Avenue
McAlester, Oklahoma 74501
Telephone:   918/420-5850
Facsimile:   918/420-5855
*Attorneys for Plaintiff*

*s/ C. Eric Pfanstiel*
R. Stratton Taylor, OBA #10142
Email: staylor@soonerlaw.com
Darrell W. Downs, OBA #12272
Email: ddowns@soonerlaw.com
C. Eric Pfanstiel, OBA #16712
Email:  epfanstiel@soonerlaw.com
Taylor, Burrage, Foster, Mallett, Downs, Ramsey & Russell
400 West Fourth Street
P.O. Box 309
Claremore, Oklahoma 74018
Telephone:   918/343-4100
Facsimile:   918/343-4900
*Attorneys for Defendant*